IN THE DISTRICT COURT FOR THE UNITED STATES OF THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., )<br>)<br>   Plaintiffs, )<br>)<br>ROBERT R. BINION, et al., )<br>)<br>   Plaintiffs-Intervenors,)<br>)<br>GILBERT GREEN, )<br>CALVIN JONES, JR., )<br>)<br>   Plaintiff-Intervenors, )<br>)<br>   v. )<br>)<br>CHILTON COUNTY COMMISSION, )<br>et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:87cv1179-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) All outstanding remedial orders and judgments restructuring the Chilton County Commission are vacated.

(2) All requests for the court to change the way in which the Chilton County Commission is elected different from the one that existed before the 1988 injunction are denied.

(3) The defendants are submit to the court, within 14 days, a plan providing as soon as is feasible for the election of county commissioners under an election scheme that is completely free of the 1988 injunction.

(4) The court retains jurisdiction for the limited purpose of supervising the undoing of the 1988 injunction.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of August, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**