IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,         )
                              )
    Plaintiffs,               )
                              )
ROBERT R. BINION, et al.,     )
                              )
    Plaintiffs-Intervenors,   )
                              )
GILBERT GREEN and             )
CALVIN JONES, JR.,            )
                              )
Plaintiff-Intervenors,        )
                              )   CIVIL ACTION NO.
    5.                        )   2:87cv1179-MHT
                              )        (WO)
CHILTON COUNTY COMMISSION,    )
et al.,                       )
                              )
    Defendants.               )
```

ORDER AND INJUNCTION

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants Chilton County Commission and Chilton County Probate Judge's election proposal (Doc. No. 176) is approved.

(2) Defendants Chilton County Commission and Chilton County Probate Judge's are each ENJOINED and RESTRAINED from failing to implement their election plan forthwith.

(3) On the second Monday in January and the second Monday in July 2007 and on the second Monday in January and the second Monday in July of each year thereafter, defendants Chilton County Commission and Chilton County Probate Judge are to file a summary report of their progress in implementing their election plan.  Should it appear that the election plan, for whatever reason, is not being, or cannot be, implemented on schedule, any party may timely request further relief from the court.  The court wants to be certain that, under no circumstances, will the current terms of the commissioners be extended beyond what the election plan provides.

(4) Pending the full implementation of defendants Chilton County Commission and Chilton County Probate Judge's election plan, including the holding of elections

and the new commissioners taking office pursuant to the new election scheme created as a result of the plan, the current commissioners shall continue to have and enjoy all the authority, responsibilities, perquisites that they had and enjoyed before the court vacated its 1988 injunction.

(5) Approval of defendants Chilton County Commission and Chilton County Probate Judge's election proposal does not preclude the State of Alabama or the Chilton County Commission from seeking preclearance of Ala. Act 2003-217 pursuant to § 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c.  If said preclearance is obtained, any party to this proceeding may move for appropriate relief, whatever that might be at the time.

(6) When a new election has been developed, elections have been held, and the new commissioners have taken office pursuant defendants Chilton County Commission and Chilton County Probate Judge's election plan, this court

will, upon motion, dissolve this order and dismiss this case in its entirety.

It is further ORDERED that plaintiff-intervenors Gilbert Green and Calvin Jones, Jr., may file a request for attorneys' fees and expenses within two weeks of the date of this order or they may wait until the dismissal of this case in accordance with this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 21st day of September, 2006.

                                                          /s/ Myron H. Thompson
                                               UNITED STATES DISTRICT JUDGE