IN THE DISTRICT COURT FOR THE UNITED STATES OF THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,               )
                             )
ROBERT R. BINION, et al.,    )
                             )
    Plaintiffs-Intervenors,  )
                             )
GILBERT GREEN,               )
CALVIN JONES, JR.,           )
                             )
    Plaintiff-Intervenors,   )
                             )    CIVIL ACTION NO.
    v.                       )    2:87cv1179-MHT
                             )         (WO)
CHILTON COUNTY COMMISSION,   )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on August 20, 2007, Dillard v. Chilton County Com'n, 495 F.3d 1324 (11th Cir. 2007), wherein the orders and opinions of this court made and entered herein on August

14 and September 6 and 21, 2006 (Doc. Nos. 170, 171, 182, 194, & 195), Dillard v. Chilton County Com'n, 447 F. Supp. 2d 1273 (M.D. Ala. 2006), 447 F. Supp. 2d 1280 (M.D. Ala. 2006), 452 F. Supp. 2d 1193 (M.D. Ala. 2006), were vacated; and the mandate for the United States Court of Appeals for the Eleventh Circuit issued on December 6, 2007, and received in the office of the clerk of this court on December 6, 2007 (Doc. No. 206), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

 (1) The orders and opinions entered on August 14 and September 6 and 21, 2006 (Doc. Nos. 170, 171, 182, 194 & 195), Dillard v. Chilton County Com'n, 447 F. Supp. 2d 1273 (M.D. Ala. 2006), 447 F.Supp. 2d 1280 (M.D. Ala. 2006), 452 F. Supp. 2d 1193 (M.D. Ala. 2006), are vacated.

 (2) The claims set forth in the complaint-in-intervention (Doc. No. 64) filed by intervenors Gilbert Green and Calvin Jones, Jr. are

**dismissed without prejudice for lack of standing.**

**(3) The previously vacated remedial orders and judgments, including the orders and consent decree entered on June 23, 1988 (Doc. Nos. 46 & 47), that restructured the Chilton County Commission, including establishing a 'cumulative voting scheme' for the commission, <u>Dillard v. Chilton County Bd. of Educ</u>, 699 F. Supp. 870 (M.D. Ala. 1988), <u>aff'd</u>, <u>Dillard v. Chilton County Com'n</u>, 868 F.2d 1274 (11th Cir. 1989) (table), are reinstated.**

 DONE, this the 10th day of December, 2007.

  /s/ Myron H. Thompson  
 **UNITED STATES DISTRICT JUDGE**