IN THE DISTRICT COURT FOR THE UNITED STATES OF THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,              )
                             )
ROBERT R. BINION and         )
JOHN WRIGHT,                 )
                             )
    Plaintiffs-Intervenors,)
                             )     CIVIL ACTION NO.
    v.                       )     2:87cv1179-MHT
                             )          (WO)
CHILTON COUNTY COMMISSION,  )
et al.,                      )
                             )
    Defendants.             )

## JUDGMENT

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

(1) Defendant Chilton County Commission's motion to
dismiss (doc. no. 232) is granted.

(2) It is DECLARED (a) that §§ 11-3-1(c) and 11-80-12
of the 1975 Ala. Code now provide state-law authority,
enforceable under § 5 of the Voting Rights Act, 42 U.S.C.

§ 1973c, for the number of seats and method of electing Chilton County Commissioners required by the 1988 Consent Decree; and, thus, (b) that the dismissal of this action will leave the seven-member, cumulative-voting scheme for the Chilton County Commission in place.

(3) The injunction contained in the consent decree approved on June 23, 1988 (doc. nos. 46 and 47), is dissolved and the judgment is vacated.

(4) This lawsuit is dismissed in its entirety on the condition that §§ 11-3-1(c) and 11-80-12 of the 1975 Ala. Code now provide state-law authority for the election system prescribed by the 1988 consent decree.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of March, 2009.

    /s/ Myron H. Thompson   
UNITED STATES DISTRICT JUDGE